**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01182-CV

**MANUEL HERRERA, Appellant**

**V.**

**VERA MARSH, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07061**

## ORDER

We **GRANT** the September 11, 2013 motion of Deana Savage, Official Court Reporter for the 95th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**.

/s/     DAVID LEWIS
           JUSTICE